UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MICHAEL WAYNE TURNER**

**VERSUS**

**CORNEL HUBERT, ET AL**

**CIVIL ACTION**

**NO. 07-794-RET-CN**

# ORDER

Considering defendants' Motion to Stay Litigation (Dkt. # 12);

**IT IS ORDERED** that the motion is **DENIED**. See, *Ermentrout v. Commonwealth Oil Co.*, 220 F.2d 527, 530 (5th Cir. 1955)("[t]he pendency of a state court action in personam is no ground for abstention or stay of a like action in federal court, although the same issues are being tried and the federal action is subsequent to the state court action. The federal court may not abdicate its authority or duty in favor of the state jurisdiction").

Signed in chambers in Baton Rouge, Louisiana, January 22, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**