UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL WAYNE TURNER

VERSUS

CORNEL HUBERT, ET AL

CIVIL ACTION

NO. 07-794-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 28, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss in Opposition to Plaintiff's Habeas Petition (rec.doc.10) filed by respondents, Cornel Hubert and Attorney General James D. "Buddy" Caldwell, will be granted and this matter will be dismissed with prejudice.

Baton Rouge, Louisiana, May 8, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA