UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL WAYNE TURNER

VERSUS

CORNEL HUBERT, ET AL

CIVIL ACTION

NO. 07-794-C

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Motion to Dismiss in Opposition to Plaintiff's Habeas Petition (rec.doc.10) filed by respondents, Cornel Hubert and Attorney General James D. "Buddy" Caldwell, is granted and this matter is dismissed with prejudice.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, May 8, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA